ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
SANDRA M. HANSEN
Assistant U.S. Attorney
Arizona State Bar No. 009471
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sandra.hansen@usdoj.gov
Attorneys for Plaintiff

FILED____LODGED
RECEIVED____COPY

2012 JUN -5  A 11: 4

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Robert Paul George III,

    Defendant.

CR12-1282 TUC CKJ/BPV

**INDICTMENT**

**Violation:**

**18 U.S.C. § 472**
(Uttering Counterfeit Obligations or Securities)

**THE GRAND JURY CHARGES:**

That on or about July 10, 2010, at or near Tucson, in the District of Arizona, the defendant, ROBERT PAUL GEORGE III, did knowingly and with intent to defraud, intentionally possess a falsely made, forged, counterfeited and altered obligations and other security of the United States, specifically:

    1. Eleven (11) completed Federal Reserve Note in a fifty dollar ($50.00) denomination, bearing the Serial Number: EK22251193A, Series 2004, FRB K11, CL/FP G40, CL/Q# G4, BP 19;

    2. Six (6) completed Federal Reserve Note in a fifty dollar ($50.00) denomination, bearing the Serial Number: IB20373590B, Series 2006, FRB B2, CL/FP D21, CL/Q# D2, BP 21;

at 1345 South Kolb, Tucson Arizona, which he knew to be falsely made, forged, counterfeited, and altered in violation of Title 18, United States Code, Section 472.

A TRUE BILL

/s/
Presiding Juror

JUN 0 6 2012

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Sandra M. Hansen
Assistant U.S. Attorney

United States vs. George,
Indictment Page 2